**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6098**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SPENCER T. MYERS,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:00-00062-01)

Submitted:  April 25, 2007            Decided:  May 17, 2007

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Spencer T. Myers, Appellant Pro Se.  Richard Gregory McVey, OFFICE OF THE UNITED STATES ATTORNEY, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In 2000, Spencer T. Myers was convicted on various drug and weapons charges, and sentenced to life imprisonment with a consecutive twenty-five year term. This court affirmed the conviction on appeal. United States v. Myers, 280 F.3d 407 (4th Cir. 2002). In January 2006, Myers filed a notice of appeal dated December 28, 2005, seeking further review of his sentence. Because Myers has already had his appeal from that sentence, we dismiss the appeal for lack of jurisdiction. We deny all pending motions, including Myers's motions for appointment of counsel and reconsideration and the Government's motion for remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED